UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.

Debtor                                                    Chapter   7

**NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Raymond T. Lyons, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 8
Trenton, New Jersey 08608

DATE AND TIME:

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B240A (1/07)**

The Director of the Administrative Office of the United States Courts has published a recommended form of reaffirmation agreement, Form B240A (1/07). This reaffirmation agreement form is available on this court's website at www.njb.uscourts.gov. Click on forms, then AO Procedural Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B240A (1/07) prior to the hearing.

JAMES J. WALDRON, CLERK

Diane Lipcsey
By Deputy Clerk

I hereby certify that I mailed a copy of the above notice to each of the following: Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)

Diane Lipcsey
Deputy Clerk